UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY W. PAIGE,<br><br>        Plaintiff,<br><br>    v.<br><br>GEO GROUP, OAKLAND CENTER, et al.,<br><br>        Defendants. | Case No. 17-cv-06116-HSG (PR)<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, judgment is entered in favor of defendants. However, dismissal is without prejudice to seeking relief in the state courts.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/27/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge